UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-80588-CIV-MIDDLEBROOKS/JOHNSON

DOUGLAS MAX and CHRISTA MAX,

    Plaintiff,

v.

CASA DEL SOL OF TEQUESTA, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Mediator's Report (DE 52), filed on April 23, 2008. The Mediator's Report indicates that the parties have settled their dispute. The Court congratulates the parties for the amicable resolution of this matter. Accordingly it is hereby

ORDERED AND ADJUDGED that the parties shall file all appropriate pleadings to conclude this matter on or before 5:00 p.m. on April 30, 2008. The Court reminds the parties that all deadlines remain in full force and effect until the filing of the appropriate pleadings.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 28th day of April, 2008.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record