UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-80588-CIV-MIDDLEBROOKS/JOHNSON

DOUGLAS MAX and CHRISTA MAX,

    Plaintiffs,

vs.

CASA DEL SOL OF TEQUESTA, L.L.C.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Stipulation for Voluntary Dismissal with Prejudice (DE 54), filed on April 30, 2008. Having reviewed the Stipulation and the file in this case, it is hereby

ORDERED AND ADJUDGED that the parties' Stipulation for Voluntary Dismissal with Prejudice (DE 54) is APPROVED. This case is DISMISSED WITH PREJUDICE. Each party will bear its own attorney's fees and costs. The Clerk of Court shall CLOSE this case. All pending motions are DENIED AS MOOT.[1]

DONE AND ORDERED in Chambers at West Palm Beach, Florida this ___ day of March, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record

---

[1] This includes Plaintiffs' Motion for Partial Summary Judgment (DE 38), Defendant's Motion to Dismiss, or in the alternative, Motion for Partial Summary Judgment (DE 42 and 43).